



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed December 9, 2019**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **PREFERRED CARE INC.,** *et. al.* | § | **Case No. 17-44642-mxm11** |
| | § | |
| | § | **Jointly Administered** |

| **In re:** | | |
|---|---|---|
| **Bowling Green Health Facilities GP, LLC** | § | Case No. 18-42679-mxm11 |
| **Brandenburg Health Facilities GP, LLC** | § | Case No. 18-42680-mxm11 |
| **Cadiz Health Facilities GP, LLC** | § | Case No. 18-42683-mxm11 |
| **Campbellsville Health Facilities GP, LLC** | § | Case No. 18-42684-mxm11 |
| **Elizabethtown Health Facilities GP, LLC** | § | Case No. 18-42685-mxm11 |
| **Elsmere Health Facilities GP, LLC** | § | Case No. 18-42868-mxm11 |
| **Fordsville Health Facilities GP, LLC** | § | Case No. 18-42687-mxm11 |
| **Franklin Health Facilities GP, LLC** | § | Case No. 18-42688-mxm11 |
| **Hardinsburg Health Facilities GP, LLC** | § | Case No. 18-42689-mxm11 |
| **Henderson Health Facilities GP, LLC** | § | Case No. 18-42691-mxm11 |
| **Irvine Health Facilities GP, LLC** | § | Case No. 18-42692-mxm11 |
| **Morganfield Health Facilities GP, LLC** | § | Case No. 18-42693-mxm11 |
| **Owensboro Health Facilities GP, LLC** | § | Case No. 18-42694-mxm11 |
| **Paducah Health Facilities GP, LLC** | § | Case No. 18-42695-mxm11 |
| **Pembroke Health Facilities GP, LLC** | § | Case No. 18-42696-mxm11 |
| **Richmond Health Facilities – Kenwood GP, LLC** | § | Case No. 18-42697-mxm11 |
| **Richmond Health Facilities – Madison GP, LLC** | § | Case No. 18-42698-mxm11 |
| **Salyersville Health Facilities GP, LLC** | § | Case No. 18-42699-mxm11 |
| **Somerset Health Facilities GP, LLC** | § | Case No. 18-42700-mxm11 |
| **Springfield Health Facilities GP, LLC** | § | Case No. 18-42701-mxm11 |
| **Stanton Health Facilities GP, LLC** | § | Case No. 18-42702-mxm11 |
| **Artesia Health Facilities GP, LLC** | § | Case No. 18-32289-mxm11 |
| **Bloomfield Health Facilities GP, LLC** | § | Case No. 18-42667-mxm11 |

| | | |
|---|---|---|
| **Clayton Health Facilities GP, LLC** | § | Case No. 18-42668-mxm11 |
| **Desert Springs Health Facilities GP, LLC** | § | Case No. 18-42669-mxm11 |
| **Espanola Health Facilities GP, LLC** | § | Case No. 18-42670-mxm11 |
| **Gallup Health Facilities GP, LLC** | § | Case No. 18-42671-mxm11 |
| **Lordsburg Health Facilities GP, LLC** | § | Case No. 18-42672-mxm11 |
| **Raton Health Facilities GP, LLC** | § | Case No. 18-42673-mxm11 |
| **SF Health Facilities GP, LLC** | § | Case No. 18-42674-mxm11 |
| **SF Health Facilities-Casa Real GP, LLC** | § | Case No. 18-42675-mxm11 |
| **Silver City Health Facilities GP, LLC** | § | Case No. 18-42676-mxm11 |
| | § | |
| **Debtors.** | § | |

## ORDER GRANTING MOTION TO DISMISS
## GP DEBTORS-32'S BANKRUPTCY CASES

Came on for consideration, the *Motion to Dismiss GP Debtors-32's Bankruptcy Cases* (the "**Motion**") filed by the GP Debtors-32[1].

Having reviewed the Motion, all responses and objections filed thereto, the testimony and argument of counsel, and all matters brought to the Court's attention at the hearing conducted on the matter, having determined that proper notice was provided and the Court has jurisdiction over the matter, and after due deliberation and consideration, the Court finds:

a. Cause exists to dismiss each of the GP Debtors-32's bankruptcy cases pursuant to 11 U.S.C. § 1112(b);

b. Granting the Motion is in the best interests of the GP Debtors-32's creditors and their respective estates;

c. Pursuant to 11 U.S.C. §349 (b), nothing in this Order affects or revises any order entered in the referenced cases with regard to the Scott Release and Settlement approved by order of this court at Docket No. 954; and

d. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable herein by Federal Rules of Bankruptcy Procedure Rule 7054 and Rule 9014, there is no just reason to delay entry of a final order on the Motion as to each of the listed GP-Debtors-32.

Therefore, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349 (b), nothing in this

---

[1] All capitalized terms not otherwise defined in this order adopts the definition prescribed to the defined term in the Motion.

Order affects or revises any order entered in the referenced cases with regard to the Scott Release and Settlement approved by order of this court at Docket No. 954

**IT IS FURTHER ORDERED** that this Order shall constitute a final order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure made applicable herein by Federal Rules of Bankruptcy Procedure, Rule 7054 and Rule 9014 and shall be immediately appealable.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order as well as ruling on the allowance of the *Third Interim and Final Fee Application of Focus Management Group USA, Inc., Financial Advisor to the GP Debtors-32 for Services Rendered and Reimbursement of Expenses for the Interim Period of May 1, 2019 through November 30, 2019 and for the Final Period of July 6, 2018 through November 30, 2019* (the "**Focus Fee App**") [Docket No. 2239].

###END OF ORDER###

Submitted by:

*/s/ E. P. Keiffer*
E. P. Keiffer (TX 11181700)
**ROCHELLE MCCULLOUGH LLP**
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Telephone: (214) 953-0182
Facsimile: (214) 953-0185
Email pkeiffer@romclaw.com

**COUNSEL TO GP DEBTORS-32,
DEBTORS AND DEBTORS-IN-POSSESSION**